**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM M. BRUCKNER, JR. an individual
d/b/a FLORIDA AERIAL ADVERTISING,

            Plaintiff,

-vs-                                        Case No.  8:05-cv-1277-T-24EAJ

COUNTY OF PINELLAS,
A Political Subdivision of the State of Florida,

            Defendants.
_____/

**O R D E R**

      This cause comes before the Court on Defendant's Opposed Motion to Strike Declaration of Julian Andrew Hayes (Doc. No. 15).  Defendant seeks to strike the Declaration of Julian Andrew Hayes ("Hayes"), filed in support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, on the grounds that Hayes is an attorney for Plaintiff and, as such, his appearance as a witness on behalf of his client would be a conflict of interest that violates the professional ethics rules.  Plaintiff did not file a response in opposition.

      Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Opposed Motion to Strike Declaration of Julian Andrew Hayes (Doc. No. 15) is **GRANTED**.  The Declaration of Julian Andrew Hayes (Doc. No. 12-2) is **STRICKEN**.

      **DONE AND ORDERED** at Tampa, Florida, this 9th day of February, 2005.

                                                    SUSAN C. BUCKLEW
                                                   United States District Judge

Copies to:

Counsel of Record